USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

MARSHA GILLIS, CARL BAYNEY, and DANIEL REHMSMEYER, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

QRX PHARMA LTD. and JOHN HOLADAY,

Defendants.

---------------------------------------------------------X

15 **CIVIL** 4868 (PAE)

**JUDGMENT**

Defendant John Holaday having moved to dismiss Plaintiffs' Second Amended Class Action Complaint ("SAC") for failure to state a claim, under Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on July 6, 2016, having rendered its Opinion & Order granting the motion and dismisses the SAC in its entirety; and directing the Clerk of Court to terminate the motions pending at docket numbers 39 and 45 and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 6, 2016, the Court grants the motion and dismisses the SAC in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
July 7, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** Kmango

**Deputy Clerk**